■ NADINE SMITH et al., Appellants, v PAUL M. TENN et al., Respondents, et al., Defendants. (And Other Related Titles.) [604 NYS2d 790] —Appeal by the plaintiffs from stated portions of

an order of the Supreme Court, Queens County (Lonschein, J.), dated August 30, 1991.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Lonschein at the Supreme Court. Thompson, J. P., Sullivan, Miller, Ritter and Santucci, JJ., concur.